**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:20-CV-21203-Cook/Goodman

MARIA McSWAIN,

Plaintiff,

v.

WORLD FUEL SERVICES CORPORATION,

Defendant.

**PLAINTIFF'S SLAPP MOTION REPLY BRIEF**

Defendant first argues (without citing to any authority) that Plaintiff's SLAPP motion is premature because Defendant's motion to amend "has not been deemed filed as of yet." (Dkt. 41, p.2) Defendant's argument misses the mark. Unquestionably, Defendant *has filed* its motion to amend to assert four (baseless)[1] counterclaims against Plaintiff, the Court just hasn't granted Defendant's request to move forward with the request it has *filed.* (Dkt. 23) Accordingly, since Defendant has publicly and officially asked the Court to allow Defendant to subject Plaintiff to legal liability under four baseless legal theories, Plaintiff's SLAPP motion is not premature.

Defendant then argues that its counterclaim falls outside of the anti-SLAPP statute. (Dkt. 41, p.3) Not so. Filing a lawsuit falls into the category of speech relating to statements made before a government entity, i.e. a court. Defendant next argues Plaintiff has "offered no evidence" that its counterclaims against Plaintiff were motivated by Plaintiff's First Amendment activity

[1] These claims truly are baseless. Plaintiff's motion to amend response brief cited numerous legal reasons for the proposition that Defendant's unjust enrichment, quantum meruit, negligent misrepresentation, and fraud in the inducement claims are without merit to which Defendant has not meaningfully responded with a citation to any case where such claims were successfully brought under the facts presented in this case a la an employer – outside of any contractual relationship - voluntarily paying an employee benefits but then suing that employee to recover said benefits when that employee chooses to work elsewhere. (*compare* Dkt. 29 *with* Dkt. 38)

(which in this case is filing a lawsuit) but that is also incorrect as the Declaration of Ms. Ojeda shows that she engaged in the same conduct as Ms. McSwain which is (a) departing WFS's employment for military leave, (b) telling WFS she would return to work following the military leave's conclusion, (c) receiving benefits from WFS, but (d) then changing her mind and finding work elsewhere, while (e) not suing WFS for USERRA violations and, in turn, (f) not getting sued by WFS. By contrast, Plaintiff engaged in that same course of conduct except she sued Defendant and Defendant sued her back. This is proper comparator evidence that Defendant has not rebutted.

Lastly, but certainly not least, Defendant submits no evidence (i.e. no declaration from any WFS employee) disputing what Plaintiff alleges: that Defendant filed its counterclaim against Plaintiff in retaliation for her First Amendment activity. Since Defendant failed to submit any evidence in support of its position on this case then the Court should grant Plaintiff's motion.

Plaintiff's motion should be granted.

Dated on November 12, 2020.

Respectfully submitted,

*//s// John D. Agnew*
JOHN D. AGNEW
BOY AGNEW POTANOVIC, PLLC
4414 Metro Parkway, Ste. 110
Fort Myers, FL 33916
Telephone: 239-208-6500
Email: johna@bapfirm.com

*//s// Matthew Z. Crotty*
MATTHEW Z. CROTTY, *Pro Hac Vice*
CROTTY & SON LAW FIRM, PLLC
905 West Riverside, Suite 404
Spokane, WA 99201-0300
Telephone: 509-850-7011
Email: matt@crottyandson.com

*//s// Thomas G. Jarrard*
THOMAS G. JARRARD, *Pro Hac Vice*
LAW OFFICE OF THOMAS G. JARRARD
1020 N. Monroe St.
Spokane, WA 99201
Telephone: 425-239-7290
Email: tjarrard@att.net

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2020, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the all counsel of record.

I certify that I have caused to be transmitted via U.S. Mail or email the document to the following non-CM/ECF participant/s: None

*/s/ John D. Agnew*
JOHN D. AGNEW
BOY AGNEW POTANOVIC, PLLC
4414 Metro Parkway, Ste. 110
Fort Myers, FL 33916
Telephone: 239-208-6500
Email: johna@bapfirm.com