# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20-CV-21203-COOKE/GOODMAN

MARIA McSWAIN,

Plaintiff,
vs.

WORLD FUEL SERVICES
CORPORATION,

Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 99), regarding Defendant's *Daubert* Motion to Strike Plaintiff's Expert, Erick C. West.

In his R&R, Judge Goodman recommends that Defendant's Motion be denied without prejudice. The parties have not filed Objections to the R&R, and the time to do so has passed. Moreover, I have reviewed Defendant's Motion, the briefing and accompanying exhibits, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

Accordingly, Judge Goodman's R&R (ECF No. 99) is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Defendant's *Daubert* Motion to Strike Plaintiff's Expert, Erick C. West is **DENIED WITHOUT PREJUDICE.**

**DONE and ORDERED** in Chambers at Miami, Florida this 30th day of June 2021.

_____
MARCIA G. COOKE
United States District Judge

*Copies furnished to:*
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*