UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21203-BLOOM/Goodman

MARIA MCSWAIN,

    Plaintiff,

v.

WORLD FUEL SERVICES
CORPORATION,

    Defendant.
_____/

## ORDER REQUIRING SECOND MEDIATION

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On January 11, 2023, the parties appeared before the Court for a hearing on their Motions in Limine. During that hearing, the parties indicated that they could benefit from a second mediation.

Accordingly, it is **ORDERED AND ADJUDGED** that **no later than January 18, 2023**, the parties shall **schedule a time, date, and place for a second mediation** to take place before the calendar call on **February 7, 2023**, and shall jointly **file a notice, and proposed order scheduling a continued mediation** via CM/ECF in the form specified on the Court's website, http://www.flsd.uscourts.gov. Pursuant to the procedures outlined in the CM/ECF Administrative Procedures, **the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format.**

Case No. 20-cv-21203-BLOOM/Goodman

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 11, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record